1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFREM SMALL, | ) | CASE NO. CV 07-8340 ABC (FFM) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| v. | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| JAY WALKER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

action, the attached Report and Recommendation of United States Magistrate Judge

("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

and accepts the findings of fact, conclusions of law, and recommendations contained in

the Report after having made a de novo determination of the portions to which

objections were directed.

IT IS ORDERED that judgment be entered dismissing the Petition on the merits

with prejudice.

DATED:   October 31, 2011

_____
AUDREY B. COLLINS
United States District Judge