UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM SMALL,<br><br>          Petitioner,<br><br>    v.<br><br>JAY WALKER,<br><br>          Respondent. | CASE NO. CV 07-8340 ABC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 31, 2011

                                                                         */s/ Audrey B. Collins*
                                                         AUDREY B. COLLINS
                                                     United States District Judge